FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 04 2018 ★

LONG ISLAND OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

Keith W. Rychlik
838 Doane Ave
Bellport NY 11713

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

City Dunbar W.V. 25064
Dunbar police W.V. 25064
1227 Lone Lane Dunbar W.V. 25064

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. CV-18 5595

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

KUNTZ, J.

RECEIVED

BLOOM, M.J. OCT 04 2018

EDNY PRO SE OFFICE

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Keith William Rychlik_

Street Address _838 Doana Ave_

City and County _Bellport Ny 11713_

State and Zip Code

Telephone Number _(681) 945-9981_

E-mail Address _KeithRychlik@gmail.com._
_KeithRychlik@Hotmail.com._

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _City of Dunbar/Dunbar police_

Job or Title
(if known) _Department_

Street Address _1227 Leon Lane mayo office_

City and County _Dunbar WV. 25064_

State and Zip Code _304) 766-0220 mayo_

Telephone Number _304) 766-0204 police Depar_

E-mail Address
(if known)

_Address police Department_
_210 12th St_
_Dunbar WV. 25064_

2

Defendant No. 2

    Name                Dunbar police Department

    Job or Title        police Offic
    (if known)

    Street Address     210 12th St

    City and County    Dunbar   WV. 25064

    State and Zip Code

    Telephone Number  304) 766-0204

    E-mail Address
    (if known)

Defendant No. 3

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 4

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

3

**II.** **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑   State or local officials (a § 1983 claim)

☐   Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_My Deaf Right I been violated Numbum of of true_

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_Yes for year the day I move in to Number wu 25064 by the police Dep'_

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Deaf Right I'm a Disabitily person_

4

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

I was Attack on 1/23/16 because I tell Adom mason I can't not Hear out of my Right side ear I'm 100% Deaf and I was Attack By two police office.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

1/23/16 Time 34 PM

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was Attack I was Beatiiy Really bad I had to go to Hospapits that day of the Attack 1/23/16 because I tell Adom mason I can't Hear at all I'm 100% Deaf in my Right side ear and 50% on the Left side ear too I have a Hearing Aids it all on vide-tape that day they Violence my Right because I'm a disability person that is Deaf and I have hard time understaindy thing in Life and I Fear for my Lift that day it was a set up and I have the tape Decd with me

my Right been violate

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

I was Beating so bad I ask of the police
office- I Ned to go to the Hospital one of the
office said NO! I was Blacking out Number
of time I ask one agina they got me Emt
my Back inJuries and Head inJurfes. all I say
I can't Hear out of my Right side I'm 100%
Deaf on the Right side Hear and 50% Dear
in the Lift side Hear I have a Hearing Aid

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis
for these claims.

I Like to put it on t-v New, Newpaper
Online and I wont someone to understand e
way and what berd thorght being
in Jail for 3 year for Nothing

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

6

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/4 , 2018.

Signature of Plaintiff _Keith William Rychlik_

Printed Name of Plaintiff _Keith William Rychlik_

7